■ Rose Park Place, Inc., et al., Respondents, v State of New York, Appellant. (Claim No. 114089.) (Appeal No. 2.) [984 NYS2d 911]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered April 30, 2013. The order denied the motion of defendant to vacate a judgment entered September 14, 2012.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Ciesinski v Town of Aurora*, 202 AD2d 984, 984 [1994]). Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.